| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | STEPTOE LLP |
| | Michael J. Allan *(pro hac vice)* |
| 7 | Cannon M. Jurrens *(pro hac vice)* |
| | Joseph F. Ecker *(pro hac vice)* |
| 8 | 1330 Connecticut Ave., NW |
| | Washington, DC 20036 |
| 9 | Telephone:  (202) 429-3000 |
| | Email: mallan@steptoe.com |
| 10 | Email: cjurrens@steptoe.com |
| | Email: jecker@steptoe.com |
| 11 | |
| | ZACHARIA LAW PLLC |
| 12 | John H. Zacharia *(pro hac vice)* |
| | 1701 Pennsylvania Ave., NW, Suite 200 |
| 13 | Washington, DC 20006 |
| | Telephone:  (202) 845-5091 |
| 14 | Email: john@zacharialaw.com |
| 15 | Attorneys for Plaintiff Louis Vuitton |
| | Malletier S.A.S. |
| 16 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | LOUIS VUITTON MALLETIER S.A.S., | Case No. 2:24-cv-02015-RFB-BNW |
| 20 | Plaintiff, | |
| 21 | vs. | **STIPULATION TO TEMPORARILY STAY DISCOVERY PENDING MEDIATION** |
| 22 | BOULEVARD VENTURES LLC; 2495 RIVIERA LLC; and DENNIS TROESH, | |
| 23 | Defendants. | **(FIRST REQUEST)** |
| 24 | | |

KAEMPFER CROWELL

21734.1

1    Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and
2 defendants Boulevard Ventures LLC ("Boulevard"), 2495 Riviera LLC ("Riviera")
3 and Dennis Troesh (collectively "Defendants") (all together "the Parties") stipulate
4 to stay discovery in this case for 60 days to allow the Parties to mediate the claims
5 in this case.  The parties submit that good cause exists for this temporary stay for the
6 following reasons:

7    1.    The Parties have agreed to mediate this case with the assistance
8 of Magistrate Judge Carl Hoffman (Ret.) on January 9, 2025.

9    2.    Given the current discovery schedule, the Parties will need to
10 complete discovery, including multiple depositions before the impending discovery
11 deadline.

12    3.    The Parties believe it would be beneficial to advancing the
13 prospect of settlement if the Parties could avoid the time and expense of the
14 remaining discovery pending mediation.

15    4.    The Parties believe Fed. R. Civ. P. 1's goal of a "just, speedy,
16 and inexpensive determination of every action and proceeding" is best met by this
17 temporary stay to conserve judicial and party resources.

18    5.    If mediation does not successfully resolve all of the Parties'
19 claims, the Parties will file a joint status report with the court at the expiration of the
20 stay with a proposed schedule for completing discovery within 60 days of the
21 mediation date.

22    6.    If mediation is successful, the Parties will report as much to the
23 Court and submit the appropriate dismissal paperwork.

KAEMPFER CROWELL

21734.1

| | | |
|---|---|---|
| 1 | KAEMPFER CROWELL | GARMAN TURNER GORDON LLP |
| 2 | *[signature]* | |
| 3 | Robert McCoy, No. 9121 | /s/ Erika Pike Turner |
| | Sihomara L. Graves, No. 13239 | Erika Pike Turner, No. 6454 |
| 4 | 1980 Festival Plaza Drive, Suite 650 | Steven E. Kish III, No. 15257 |
| | Las Vegas, Nevada 89135 | 7251 Amigo Street, Suite 210 |
| 5 | | Las Vegas, Nevada 89119 |
| | STEPTOE LLP | |
| 6 | Michael J. Allan *(pro hac vice)* | Attorneys for Defendants |
| | Cannon M. Jurrens *(pro hac vice)* | Dennis Troesh, 2495 Riviera LLC, and |
| 7 | Joseph F. Ecker *(pro hac vice)* | Boulevard Ventures LLC |
| | 1330 Connecticut Ave., NW | |
| 8 | Washington, DC 20036 | |

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

## ORDER

IT IS SO ORDERED.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2025