KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Michael J. Allan *(pro hac vice)*
Joseph F. Ecker *(pro hac vice)*
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone:  (202) 429-3000
Email: mallan@steptoe.com
Email: jecker@steptoe.com
Email: cjurrens@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone:  (202) 845-5091
Email: john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., | Case No. 2:24-cv-02015-RFB-BNW |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| BOULEVARD VENTURES LLC; 2495 RIVIERA LLC; and DENNIS TROESH, | |
| Defendants. | |

Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and defendants Boulevard Ventures LLC ("Boulevard"), 2495 Riviera LLC ("Riviera"), and Dennis Troesh (collectively "Defendants") (all together "the Parties") respectfully submit this Joint Status Report pursuant to the Court's Order dated January 14, 2026 (ECF No. 74).

Following the Court's December 1, 2025 order on their stipulation to temporarily stay discovery pending mediation (ECF No. 63), the Parties engaged in mediation on January 9, 2026 before Magistrate Judge Carl Hoffman (Ret.). The mediation on January 9, 2026 did not resolve the Parties' dispute.

On January 16, 2026 Magistrate Judge Carl Hoffman submitted a mediator's proposal to both Parties. The Parties have preliminarily accepted the mediator's proposal to resolve all claims in this action, but the parties need additional time to complete negotiations of the final terms of settlement.

The Parties respectfully request 21 days to negotiate and execute a settlement agreement. By February 11, 2026, the Parties will file a stipulation of dismissal or submit a further joint status report. The Parties propose that the Court enter an order staying all discovery deadlines for an additional 21 days and requiring a status report by February 11, 2026 unless the case has been dismissed.

***SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

KAEMPFER
CROWELL

21734.1

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE LLP
Michael J. Allan *(pro hac vice)*
Joseph F. Ecker *(pro hac vice)*
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

GARMAN TURNER GORDON LLP

/s/ Steven E. Kish III
Erika Pike Turner, No. 6454
Steven E. Kish III, No. 15257
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

Attorneys for Defendants
Dennis Troesh, 2495 Riviera LLC, and
Boulevard Ventures LLC

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:   January 22, 2026

KAEMPFER
CROWELL

21734.1