KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Michael J. Allan *(pro hac vice)*
Joseph F. Ecker *(pro hac vice)*
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone:  (202) 429-3000
Email: mallan@steptoe.com
Email: jecker@steptoe.com
Email: cjurrens@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone:  (202) 845-5091
Email: john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., | Case No. 2:24-cv-02015-RFB-BNW |
| Plaintiff, | |
| vs. | **SECOND JOINT STATUS REPORT RE SETTLEMENT AND DISMISSAL** |
| BOULEVARD VENTURES LLC; 2495 RIVIERA LLC; and DENNIS TROESH, | |
| Defendants. | |

Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and Defendants Boulevard Ventures LLC ("Boulevard"), 2495 Riviera LLC ("Riviera"), and Dennis Troesh (all together "the Parties") jointly report to the Court concerning the status of finalizing their settlement and stipulate to continue the deadline in the Court's February 12, 2026 order (ECF No. 78) for filing dismissal paperwork as follows:

As the Parties previously reported, they engaged in mediation on January 9, 2026 before Magistrate Judge Carl Hoffman (Ret.). Although the mediation did not resolve the Parties' dispute, continued efforts by Magistrate Judge Hoffman resulted in the Parties preliminarily accepting a mediator's proposal. Since then, the parties have been working to negotiate the final terms of a settlement.

The Parties are pleased to report that they have made substantial additional progress toward finalizing a written settlement agreement since their February 11, 2026 joint status report (ECF No. 75). However, the Parties require some additional time to finalize the language of that agreement. The Parties therefore request that this Court enter an order (1) continuing the stay of all discovery deadlines for an additional seven days until March 4, 2026; and (2) continuing the time for the parties to submit dismissal paperwork or an additional joint status report if the case has not been dismissed until that same date.

***CONTINUED ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

The Parties expect this to be the final request for additional time to finalize the settlement agreement.

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 26, 2026

KAEMPFER CROWELL

_____
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE LLP
Michael J. Allan *(pro hac vice)*
Joseph F. Ecker *(pro hac vice)*
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

GARMAN TURNER GORDON LLP

/s/ Steven E. Kish III
_____
Erika Pike Turner, No. 6454
Steven E. Kish III, No. 15257
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

Attorneys for Defendants Dennis
Troesh, 2495 Riviera LLC, and
Boulevard Ventures LLC