KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Michael J. Allan *(pro hac vice)*
Joseph F. Ecker *(pro hac vice)*
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone:  (202) 429-3000
Email: mallan@steptoe.com
Email: jecker@steptoe.com
Email: cjurrens@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone:  (202) 845-5091
Email: john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., | Case No. 2:24-cv-02015-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS** |
| BOULEVARD VENTURES LLC; 2495 RIVIERA LLC; and DENNIS TROESH, | |
| Defendants. | |

KAEMPFER
CROWELL

21734.1

Plaintiff Louis Vuitton Malletier S.A.S. and defendants Boulevard Ventures LLC, 2495 Riviera LLC, and Dennis Troesh stipulate to dismiss all claims in this action, each party to bear its own fees and costs.

KAEMPFER CROWELL                    GARMAN TURNER GORDON LLP

_____     /s/ Steven E. Kish III
Robert McCoy, No. 9121              Erika Pike Turner, No. 6454
Sihomara L. Graves, No. 13239       Steven E. Kish III, No. 15257
1980 Festival Plaza Drive, Suite 650  7251 Amigo Street, Suite 210
Las Vegas, Nevada 89135             Las Vegas, Nevada 89119

STEPTOE LLP                         Attorneys for Defendants Dennis
Michael J. Allan *(pro hac vice)*   Troesh, 2495 Riviera LLC, and
Joseph F. Ecker *(pro hac vice)*    Boulevard Ventures LLC
Cannon M. Jurrens *(pro hac vice)*
1330 Connecticut Ave., NW
Washington, DC 20036

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

**IT IS SO ORDERED**.

**DATED**: March 4, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

KAEMPFER
CROWELL

21734.1